THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILBER F. DE PUY, Appellant.

*People* v. *De Puy,* 115 App. Div. 564, appeal dismissed.
(Argued January 30, 1907; decided February 1, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 24, 1906, which affirmed an order of the court at a Trial Term directing the removal of the within criminal action to the Orange County Court and authorizing the trial of said action at an adjourned term thereof.

*Henry Bacon* and *C. L. Waring* for appellant.

*Thomas C. Rogers* for respondent.

Appeal dismissed; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.